## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| Renee Gustafson, | ) | Judge Peter D. Welte |
|  | ) | Magistrate Judge Alice R. Senechal |
| Plaintiff, | ) | |
|  | ) | CASE NO. 3:24-cv-00239-PDW-ARS |
|  | ) | |
| v. | ) | |
|  | ) | **NOTICE OF SETTLEMENT** |
| Equifax Information Services, LLC, | ) | **WITH EQUIFAX** |
|  | ) | **INFORMATION SERVICES,** |
| Defendant. | ) | **LLC** |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Equifax

Information Services, LLC., have settled all asserted claims between them. The Plaintiff will

file a Stipulation of Dismissal as soon as the settlement documents have been executed, which

the Plaintiff anticipates will take approximately two weeks.


Dated: January 7, 2025                **MINNDAK LAW**

/s/Catrina Smith
Catrina Smith  (#0403229)
625 Main Ave, Suite 152
Moorhead, MN 56560
701.840.6993
csmith@minndaklaw.com
ATTORNEY FOR PLAINTIFF

1

00176-Zitzow