**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Renee Gustafson, | ) Judge Peter D Welte |
| | ) Magistrate Judge Alice Senechal |
| Plaintiff, | ) |
| | )   CASE NO. 3:24-cv-00239-PDW-ARS |
| | ) |
| v. | )   **STIPULATION OF** |
| | )   **DISMISSAL WITH** |
| Equifax Information Services, LLC, | )   **PREJUDICE OF EQUIFAX** |
| | )   **INFORMATION SERVICES,** |
| Defendant. | )   **LLC.** |
| | ) |
| | ) |
| | ) |
| | ) |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective attorneys, that the above-entitled action by Plaintiff against Defendant may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

Dated: February 10, 2025         **MINNDAK LAW, PLLC**

                        /s/Catrina Smith
                        Catrina Smith (#0403229)
                        625 Main Ave, Suite 152
                        Moorhead, MN 56560
                        701.840.6993
                        csmith@minndaklaw.com
                        ATTORNEY FOR PLAINTIFF

                        /s/ Jeremy Thompson
                        Jeremy J. Thompson
                        The Law Office of Jeremy J. Thompson PLLC

1

5200 Willson Road, Suite 150
Edina, MN 55424
(952) 952-1883 (ph),
jeremy@jthompson.law

*Attorney for Defendant*